The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASLAN IZNAUROV<br><br>Plaintiff,<br><br>v.<br><br>LINDA DOUGHERTY, *et al*.,<br><br>Defendants. | No. 3:25-cv-06138-DWC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER<br><br>Noted for: February 26, 2026 |

The United States has filed a Motion for Extension of Time to File Answer. Plaintiff brought this litigation pursuant to the Immigration and Nationality Act and Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate his Form I-485, Application to Register Permanent Residence or Adjust Status.

Defendants' response to the Complaint is currently due on February 27, 2026. USCIS is actively reviewing Plaintiff's application but will not be able to complete adjudication before the Defendants' response is due. If USCIS is able to adjudicate before Defendants must respond, the parties may be able to resolve this matter administratively. Accordingly, it is hereby ORDERED that the deadline for Defendants to file their Answer is extended to April 27, 2026. The Defendants shall file their Answer on or before April 27, 2026. It is so **ORDERED**.

PRESENTED BY:

*s/ Susan Kas*
SUSAN KAS, WSBA #36592
Assistant United States Attorney
United States Attorney's Office

DATED this 23rd day of February, 2026.

Tiffany M. Cartwright
United States District Court Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970