The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ASLAN IZNAUROV<br><br>Plaintiff,<br><br>v.<br><br>LINDA DOUGHERTY, *et al.*,<br><br>Defendants. | No. 3:25-cv-06138-TMC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for: April 9, 2026 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until August 25, 2026. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to complete administrative processing for Plaintiff's immigration benefits application.

Defendants' response to the Complaint is currently due on April 27, 2026 (Dkt. No. 9). The deadlines for the Fed. R. Civ. Proc. Rule 26(f) Conference, Initial Disclosures, and Joint Status Report are May 4, 11, and 18, 2026, respectively. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until August 25, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. The Plaintiff has been scheduled for his initial interview on April 22, 2026. The Defendants are continuing to process Plaintiff's application but will be unable to complete the review by their Response and other litigation deadlines. Because further litigation may not be necessary after the review is completed, the parties agree that holding this case in abeyance through August 25, 2026 is appropriate. Therefore, the parties believe good cause exists for a stay in these proceedings to save the parties and this Court from spending unnecessary time and judicial resources on this matter.

Accordingly, the parties request that the Court hold the case in abeyance and strike pending litigation deadlines until August 25, 2026. The Defendants will file their response, or the parties will submit a joint status report on or before August 25, 2026.

Dated: April 9, 2026.

Respectfully submitted,

s/Susan Kas
SUSAN KAS, WSBA #36592
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-4063
Email: Susan.Kas@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 355 words, in compliance with the Local Civil Rules.*

*s/ Aslan Iznaurov*
Aslan Iznaurov
12223 Canyon Road East
Puyallup, WA 98373

*Plaintiff, Pro Se*

**ORDER**

The case is held in abeyance until August 25, 2026. The Fed. R. Civ. Proc. Rule 26(f) Conference, Initial Disclosures, and Joint Status Report deadlines are stricken. Defendants shall file their response or the parties shall submit a status update on or before August 25, 2026. It is so **ORDERED**.

DATED this 9th day of April, 2026.

TIFFANY M. CARTWRIGHT
United States District Court Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers;

I further certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

\- 0 -

I further certify that on this date, I arranged for service of the foregoing on the following non-CM/ECF participant(s) via email and Certified Mail, Return Receipt Requested, postage prepaid, addressed as follows:

Aslan Iznaurov
12223 Canyon Road East
Puyallup, WA 98373
Freemansfreeman551@gmail.com

DATED: April 9, 2026.

*s/ Brittany Cirineo*
BRITTANY CIRINEO, Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
Brittany.Cirineo@usdoj.gov